# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose Antonio Garcia Ramirez,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03211-PHX-JCH (ASB)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) On May 18, 2026, Respondents filed their response indicating Petitioner was removed from the United States.  (Doc. 7.)  Because Petitioner is no longer in custody, the Petition is moot.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed as moot**.

**IT IS FURTHER ORDERED** all pending motions are **denied** and the Clerk of Court must enter judgment accordingly and **close this case**.

Dated this 18th day of May, 2026.

John C. Hinderaker
United States District Judge